UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICK BALESTRIERI,
Plaintiff,
v.
SPORTSEDTV, INC.,
Defendant.

Case No. 25-cv-04046-SK

**ORDER REGARDING MOTIONS TO DISMISS**

Regarding Docket Nos. 11, 13

On July 11, 2025, Defendant concurrently filed (1) a motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and (2) a motion to dismiss for *forum non conveniens* or to transfer venue pursuant to 28 U.S.C. §1404(a). The motions have identical briefing schedules. To facilitate judicial efficiency, Plaintiff SHALL submit one consolidated opposition brief of no more than 35 pages. Defendant SHALL submit one consolidated reply brief of no more than 25 pages. In addition, the case management conference set for August 11, 2025 is HEREBY CONTINUED to September 22, 2025 so that the Court may first rule on the pending motions.

**IT IS SO ORDERED**.

Dated: July 14, 2025

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California