EDWARD J. WYNNE (165819)
*ewynne@wynnelawfirm.com*
GEORGE R. NEMIROFF (262058)
*gnemiroff@wynnelawfirm.com*
**WYNNE LAW FIRM**
80 E. Sir Francis Drake Blvd., Ste. 3G
Larkspur, CA 94939
Telephone: (415) 461-6400
Facsimile: (415)461-3900

Attorneys for Plaintiff

Jura C. Zibas (SBN 217864)
*Jura.Zibas@wilsonelser.com*
Peter K. Chu (SBN 251705)
*Peter.Chu@wilsonelser.com*
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101

Attorneys for Defendant
SPORTSEDTV, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICK BALESTRIERI, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>SPORTSEDTV, INC., and DOES 1 through 10, inclusive,<br>Defendants. | Case No.: 3:25-cv-04046-SK<br><br>Hon. Sallie Kim, presiding<br>Courtroom C – 15th Floor,<br>San Francisco Courthouse<br><br>Complaint filed: May 9, 2025<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO OPPOSE AND DEFENDANT TO REPLY RE MOTIONS TO DISMISS (L.R. 6-2)** |

WHEREAS, on May 9, 2025, Plaintiff NICK BALESTRIERI, individually and on behalf of all others similarly situated, ("plaintiff") filed a Complaint in this action;

WHEREAS, on July 11, 2025, SPORTSEDTV, INC. ("Defendant") filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (ECF No. 11) and filed a Motion to Dismiss for Forum Non Conveniens or Motion to Transfer pursuant to 28 U.S.C. § 1404(a) (ECF No. 13);

WHEREAS, both motions were set for hearing on August 18, 2025 with oppositions due July 25, 2025 and replies due August 1, 2025;

WHEREAS, on July 14, 2025, the Court ordered a combined opposition and reply and re-set the case management conference previously set for August 11, 2025 to September 22, 2025 (ECF No. 16);

WHEREAS, the Parties have met and conferred and agree to extend the time for Plaintiff to oppose the motions by two weeks to August 8, 2025 and similarly to extend the time for Defendant to reply by two weeks to August 29, 2025 (or 21 days from the date Plaintiff files his opposition, whichever is earlier);

IT IS THEREFORE STIPULATED by and between the parties, through their respective attorney of record, that:

The deadline for Plaintiff to oppose Defendant's motions to dismiss (ECF Nos. 11 and 13) is extended by two weeks to August 8, 2025 and Defendant's deadline to reply is extended by two weeks to August 29, 2025 (or 21 days from the date Plaintiff files his opposition, whichever is earlier).

SO STIPULATED.

Dated: July 17, 2025

WYNNE LAW FIRM

By: */s/Edward J. Wynne*
Edward J. Wynne
George R. Nemiroff
Attorneys for Plaintiff
Nick Balestrieri

Dated: July 17, 2025

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/Peter K. Chu*

Jura C. Zibas
Peter K. Chu
Attorney for Defendant
SPORTSEDTV, INC.

**ECF FILING ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that the concurrence in the filing of this documents has been obtained from each of the signatories thereto.

Dated: July 17, 2025

WYNNE LAW FIRM

By: */s/Edward J. Wynne*
Edward J. Wynne
Attorneys for Plaintiff
Nick Balestrieri

**ORDER**

Pursuant to the stipulation of the parties, it IS HEREBY ORDERED THAT:

1. The deadline for Plaintiff to oppose Defendant's motions to dismiss (ECF Nos. 11 and 13) is extended to August 8, 2025;
2. The deadline for Defendant to reply is extended to August 29, 2025 (or 21 days from the date Plaintiff files his opposition, whichever is earlier);
3. The hearing on Defendants motions is continued to September 15, 2025;
4. The case management conference is continued to October 20, 2025.

**IT IS SO ORDERED**

Dated: July 17, 2025

SALLIE KIM
United States Magistrate Judge