EDWARD J. WYNNE (165819)
ewynne@wynnelawfirm.com
GEORGE R. NEMIROFF (262058)
gnemiroff@wynnelawfirm.com
**WYNNE LAW FIRM**
80 E. Sir Francis Drake Blvd., Ste. 3G
Larkspur, CA 94939
Telephone: (415) 461-6400
Facsimile: (415)461-3900

JAMES F. CLAPP (145814)
jclapp@clapplegal.com
JAMIE HERRICK (356349)
jherrick@clapplegal.com
**CLAPP LEGAL APC**
701 Palomar Airport Road, Suite 300
Carlsbad, California 92011
Telephone:   (760) 209-6565 ext. 101
Facsimile:    (760) 209-6565

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK BALESTRIERI, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff<br>v.<br><br>SPORTSEDTV, INC., and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 3:25-cv-04046-SK<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: May 11, 2026<br>Time: 9:30 a.m.<br>Hon. Sallie Kim<br>Courtroom C – 15th Fl. |

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 11, 2026, at 9:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom C, 15th Floor of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, Plaintiff Nick Balestrieri ("Plaintiff") will and hereby does move this Court for an order:

1.   Granting preliminary approval of the proposed class action settlement between Plaintiff and Defendant SportsEdTV, Inc.;

2.   Provisionally certifying the proposed Settlement Class for settlement purposes only;

3.   Appointing Plaintiff as Class Representative and Plaintiff's counsel as Class Counsel;

4.   Appointing Simpluris as the Settlement Administrator;

5.   Approving the form and manner of notice to the Settlement Class; and

6.   Setting a schedule for final approval proceedings.

This Motion is made pursuant to Federal Rule of Civil Procedure 23(e), Civil Local Rule 7-2, and applicable law.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Edward J. Wynne and exhibits thereto, the Declaration of James F. Clapp, the Class Action Settlement Agreement, the records and pleadings on file in this action, and upon such further evidence and argument as may be presented at the hearing.

Dated: April 1, 2026                                    WYNNE LAW FIRM
                                                        CLAPP LEGAL APC


                                                        ___/s/_Edward J. Wynne____
                                                        Edward J. Wynne
                                                        Attorneys for Plaintiff

1