EDWARD J. WYNNE (165819)
ewynne@wynnelawfirm.com
GEORGE R. NEMIROFF (262058)
gnemiroff@wynnelawfirm.com
**WYNNE LAW FIRM**
80 E. Sir Francis Drake Blvd., Ste. 3G
Larkspur, CA 94939
Telephone: (415) 461-6400
Facsimile: (415)461-3900

JAMES F. CLAPP (145814)
jclapp@clapplegal.com
JAMIE HERRICK (356349)
jherrick@clapplegal.com
**CLAPP LEGAL APC**
701 Palomar Airport Road, Suite 300
Carlsbad, California 92011
Telephone: (760) 209-6565 ext. 101
Facsimile: (760) 209-6565

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICK BALESTRIERI, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br>v.<br><br>SPORTSEDTV, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:25-cv-04046-SK<br><br>**DECLARATION OF EDWARD J. WYNNE REGARDING QUESTIONS FROM COURT**<br><br>Hon. Sallie Kim<br>Courtroom C – 15th Fl. |

I, EDWARD J. WYNNE, declare that:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and am admitted to practice before this Court. I am a partner at Wynne Law Firm, counsel of record for Plaintiff Nick Balestrieri ("Plaintiff") in this action. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

2. I submit this Declaration in response to the questions from Court issued prior to the hearing on Plaintiff's Motion for Preliminary Approval. (ECF No. 47.)

3. With respect to Counsel's due diligence, Counsel has worked with Simpluris on a number of different settlement administrations for over 10 years or more. I have never experienced any adverse issues with any of the concerns raised by the Court. I make it my practice to stay in touch with the administrator on a weekly basis to monitor and address any issues that may arise.

4. Neither I nor Mr. Clapp have a financial interest in Simpluris. We have not and will not receive any benefit from Simpluris, pecuniary or non-pecuniary, as a result of recommending them for this administration.

5. In addition to my long history of working on cases where Simpluris has been selected as the administrator, I have bid this settlement out to other administrators that I am familiar with. Based on Simpluris' extensive history of handling administrations generally but specifically in cases alleging violations of the VPPA and CIPA as well as the cap on their fees, I determined that the selection of Simpluris was in the best interests of the class.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 14, 2026 at Larkspur, California.

Edward J. Wynne