Jura C. Zibas (SBN 217864)
*Jura.Zibas@wilsonelser.com*
Margo A. Crawford (349624)
*Margo.Crawford@wilsonelser.com*
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
655 Montgomery Street, 9th Floor
San Francisco, CA 94111
Telephone: 415.433.0990
Facsimile: 415.434.1370

Attorneys for Defendant
SPORTSEDTV, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICK BALESTRIERI, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>SPORTSEDTV, INC., and DOES 1 through 10, inclusive,<br>Defendants. | Case No.: 3:25-cv-04046-SK<br>Complaint filed: May 9, 2025<br>**STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT TIMELINE** |

Plaintiff Nick Balestrieri, individually and on behalf of all others similarly situated, and SportsEdTV, Inc., (collectively, the "Parties") by and through their counsel of record, hereby stipulate:

**WHEREAS** the Court's June 26, 2026, Order (Dkt. No. 53) directed the Parties to submit a stipulation and proposed order tracking the actual dates of the ordered timeline for the class notice plan and schedule:

**IT IS HEREBY STIPULATED** by all Parties to this action, by and through their attorneys of record, that the timeline for the class notice plan and schedule is as follows:

| **Event** | **Deadline** | **Date** |
|---|---|---|
| Funding Deadline | 10 business days after Court's entry of Preliminary Approval Order | Friday, July 10, 2026 |
| Defendant to provide Settlement Class list to Settlement Administrator and Class Counsel for Notice dissemination | 14 days after Court's entry of Preliminary Approval Order | Friday, July 10, 2026 |
| Settlement Website Activated | 14 days after Court's entry of Preliminary Approval Order | Friday, July 10, 2026 |
| Defendant to provide Notice on a website administered by Settlement Administrator | 14 days after Court's entry of Preliminary Approval Order | Friday, July 10, 2026 |
| Notice Date | 30 days after Court's entry of Preliminary Approval Order | Monday, July 27, 2026 |
| First Reminder | 30 days before Claims Deadline | Tuesday, August 11, 2026 |
| Second Reminder | 7 days before Claims Deadline | Thursday, September 3, 2026 |
| Claims Deadline | 45 days after Notice | Thursday, September 10, 2026 |
| Motion for Attorneys' Fees, Costs, and Service Award | 35 days before the Objection / Exclusion Deadline | Friday, August 21, 2026 |
| Opposition to Motion for Attorneys' Fees, Costs, and Service Award | No more than 30 days after the Motion for Attorneys' Fees deadline | Monday, September 21, 2026 |
| Objection/Exclusion Deadline | 60 days after Notices | Friday, September 25, 2026 |
| Reply in Support of Motion for Attorneys' Fees, Costs, and Service Award | 14 days after the Opposition to Motion for Attorneys' Fees deadline | Monday, October 5, 2026 |
| Deadline to Cure Deficiency in Claim Form | 21 days after Notice of Deficiency | Based on Notice of Deficiency. |

| | | |
|---|---|---|
| Production of Claim Forms and Objections/Exclusions to Counsel for Defendant and Plaintiff | 30 days after Deadline to submit Claim Form and Objection/Exclusion Deadline | Tuesday, October 13, 2026 |
| Motion for Final Approval | 14 days prior to hearing on Motion for Final Approval | Monday, January 25, 2027 |
| Final Approval Hearing | February 8, 2027 at 9:30 a.m. via Public Zoom Webinar. | February 8, 2027 at 9:30 a.m |
| Funding Date | 30 days after Court's entry of Final Approval Order | To be determined. |
| Effective Date | 1 business day after order granting final approval becomes final | To be determined. |
| Payment of Class Counsel Fees and Costs | 5 days after Effective Date | To be determined. |
| Payment of Incentive Award | 5 days after Effective Date | To be determined. |

**IT IS SO STIPULATED.**

Dated: July 10, 2026

CLAPP LEGAL APC

By: */s/ James F. Clapp*
James F. Clapp
Jamie Herrick
Attorneys for Plaintiff NICK BALESTRIERI

Dated: July 10, 2026

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By*/s/ Margo A. Crawford*
Jura C. Zibas
Margo A. Crawford
Attorney for Defendant SPORTSEDTV, INC.

**FILER'S ATTESTATION**

Under Local Rule 5-1, I attest that on July 10, 2026, I, Margo A. Crawford, attorney with Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, received the concurrence of James Clapp in the filing of this document.

*<u>/s/ Margo A. Crawford</u>*
Margo A. Crawford

**[PROPOSED] ORDER**

The Court having reviewed the foregoing Stipulation, **HERBY ORDERS** the schedule for the class action settlement in this matter is as follows:

| **Event** | **Deadline** | **Date** |
|---|---|---|
| Funding Deadline | 10 business days after Court's entry of Preliminary Approval Order | Friday, July 10, 2026 |
| Defendant to provide Settlement Class list to Settlement Administrator and Class Counsel for Notice dissemination | 14 days after Court's entry of Preliminary Approval Order | Friday, July 10, 2026 |
| Settlement Website Activated | 14 days after Court's entry of Preliminary Approval Order | Friday, July 10, 2026 |
| Defendant to provide Notice on a website administered by Settlement Administrator | 14 days after Court's entry of Preliminary Approval Order | Friday, July 10, 2026 |
| Notice Date | 30 days after Court's entry of Preliminary Approval Order | Monday, July 27, 2026 |
| First Reminder | 30 days before Claims Deadline | Tuesday, August 11, 2026 |
| Second Reminder | 7 days before Claims Deadline | Thursday, September 3, 2026 |
| Claims Deadline | 45 days after Notice | Thursday, September 10, 2026 |
| Motion for Attorneys' Fees, Costs, and Service Award | 35 days before the Objection / Exclusion Deadline | Friday, August 21, 2026 |
| Opposition to Motion for Attorneys' Fees, Costs, and Service Award | No more than 30 days after the Motion for Attorneys' Fees deadline | Monday, September 21, 2026 |
| Objection/Exclusion Deadline | 60 days after Notices | Friday, September 25, 2026 |
| Reply in Support of Motion for Attorneys' Fees, Costs, and Service Award | 14 days after the Opposition to Motion for Attorneys' Fees deadline | Monday, October 5, 2026 |
| Deadline to Cure Deficiency in Claim Form | 21 days after Notice of Deficiency | Based on Notice of Deficiency. |
| Production of Claim Forms and Objections/Exclusions to Counsel for Defendant and Plaintiff | 30 days after Deadline to submit Claim Form and Objection/Exclusion Deadline | Tuesday, October 13, 2026 |
| Motion for Final Approval | 14 days prior to hearing on Motion for Final Approval | Monday, January 25, 2027 |
| Final Approval Hearing | February 8, 2027 at 9:30 a.m. via Public Zoom Webinar. | February 8, 2027 at 9:30 a.m |
| Funding Date | 30 days after Court's entry of Final Approval Order | To be determined. |

| | | |
|---|---|---|
| Effective Date | 1 business day after order granting final approval becomes final | To be determined. |
| Payment of Class Counsel Fees and Costs | 5 days after Effective Date | To be determined. |
| Payment of Incentive Award | 5 days after Effective Date | To be determined. |

**IT IS SO ORDERED.**

DATED:__________________

_______________________________
Hon. Sallie Kim
United State Magistrate Judge