EDWARD J. WYNNE (165819)
ewynne@wynnelawfirm.com
GEORGE R. NEMIROFF (262058)
gnemiroff@wynnelawfirm.com
**WYNNE LAW FIRM**
80 E. Sir Francis Drake Blvd., Ste. 3G
Larkspur, CA 94939
Telephone: (415) 461-6400
Facsimile: (415)461-3900

JAMES F. CLAPP (145814)
jclapp@clapplegal.com
JAMIE HERRICK (356349)
jherrick@clapplegal.com
**CLAPP LEGAL APC**
701 Palomar Airport Road, Suite 300
Carlsbad, California 92011
Telephone: (760) 209-6565 ext. 101
Facsimile: (760) 209-6565

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICK BALESTRIERI, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br>v.<br><br>SPORTSEDTV, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:25-cv-04046-SK<br><br>**NOTICE OF PROPOSED CY PRES RECIPIENT** |

Plaintiff Nick Balestrieri ("Plaintiff"), on behalf of himself and the Settlement Class, and Defendant SportsEdTV, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby give notice that, following a meet and confer, the Parties have agreed to jointly propose Privacy Rights Clearinghouse as the cy pres recipient for any residual settlement funds eligible for cy pres distribution under the terms of the Parties' Class Action Settlement Agreement.

The Settlement Agreement provides that, following the initial distribution to Settlement Class Members, uncashed check funds and residual funds from failed electronic payments will, where feasible, be redistributed on a pro rata basis to Settlement Class Members who successfully received their initial payments. If a secondary distribution would result in payments of less than $10.00 per Settlement Class Member or would otherwise be infeasible, the remaining funds are to be distributed, subject to Court approval, to a cy pres beneficiary mutually selected by the Parties.

The Parties have met and conferred regarding the proposed cy pres beneficiary and agree that Privacy Rights Clearinghouse should be designated as the cy pres recipient. Privacy Rights Clearinghouse is a nonprofit organization dedicated to consumer privacy rights and data privacy issues. Privacy Rights Clearinghouse provides educational resources regarding privacy rights, conducts research concerning data privacy, and advocates for meaningful privacy protections. Additional information about Privacy Rights Clearinghouse is available at https://privacyrights.org/. Neither the Parties nor their respective counsel have any relationships, pecuniary or otherwise, with Privacy Rights Clearinghouse.

Privacy Rights Clearinghouse is an appropriate cy pres recipient because its mission bears a direct and substantial nexus to the interests of the Settlement Class and the claims asserted in this litigation. This action concerns allegations that Defendant disclosed information identifying subscribers and the videos they viewed to third parties without consent, in alleged violation of the Video Privacy Protection Act, 18 U.S.C. § 2710, et seq., and the California Invasion of Privacy Act, California Penal Code § 631, et seq. Privacy Rights Clearinghouse's work educating consumers concerning data privacy and advocating for stronger protections of personal

information advances interests closely aligned with those underlying the claims asserted on behalf of the Settlement Class.

Accordingly, the Parties respectfully request that the Court approve Privacy Rights Clearinghouse as the designated cy pres recipient for any residual settlement funds that become eligible for cy pres distribution pursuant to the Settlement Agreement.

Dated: August 24, 2026

WYNNE LAW FIRM
CLAPP LEGAL APC

*/s/Edward J. Wynne*
Edward J. Wynne
Attorneys for Plaintiff

Dated: August 24, 2026

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*/s/Margo A. Crawford*
Jura C. Zibas
Margo A. Crawford
Attorney for Defendant
SPORTSEDTV, INC.

**ECF FILING ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that the concurrence in the filing of this documents has been obtained from each of the signatories thereto.

Dated: August 24, 2026

WYNNE LAW FIRM

By: */s/Edward J. Wynne*
Edward J. Wynne
Attorneys for Plaintiff
Nick Balestrieri